```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF MISSOURI
                     EASTERN DIVISION
```

WILLIAM MARTIN, et al.,          )
                                 )
          Plaintiffs,            )
                                 )
     vs.                         )    No. 4:07-CV-1564 (CEJ)
                                 )
AT&T CORP., et al.,              )
                                 )
          Defendants.            )

## MEMORANDUM AND ORDER

This matter is before the Court on the parties' joint motion [#4] to extend the time for defendants to answer or otherwise respond to the complaint. The parties agree that this matter should be transferred as a "tag-along action" in multidistrict litigation currently proceeding in the Southern District of Indiana. The parties have so notified the Judicial Panel of Multidistrict Litigation and are awaiting a decision on their tag-along request. Considering the circumstances, the Court finds that a stay would serve the interests of justice.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' joint motion [#4] to extend the time for defendants to respond to the complaint is **granted**.

**IT IS FURTHER ORDERED** that defendants' obligation to file an answer or other responsive pleading is **stayed**.

**IT IS FURTHER ORDERED** that, in the event the parties' tag-along request is denied, defendants shall file an answer or other

responsive pleading no later than **thirty days** after the Judicial Panel on Multidistrict Litigation has entered its order.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 18th day of September, 2007.